Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ALEJANDRO-RAY PEDROTTI CALDERON,<br><br>Plaintiff,<br><br>vs.<br><br>DYNAMIC COLLECTORS, INC.,<br><br>Defendant. | No. 3:17-cv-5321 RBL<br><br>NOTICE OF APPEARANCE |

TO: CLERK OF THE COURT

AND TO: ALL PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE that Dynamic Collectors, Inc., without waiving objections as to improper service, jurisdiction, or any other affirmative defense, hereby enters its appearance by the undersigned attorneys.  You are requested to serve all further papers and proceedings in said cause, except original process, upon said attorneys at their address below stated

DATED this 11th day of May, 2017.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
    Marc Rosenberg, WSBA No. 31034
    Of Attorneys for Defendant
    Dynamic Collectors, Inc.

NOTICE OF APPEARANCE - 1
3:17-cv-5321 RBL
6104206.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

NOTICE OF APPEARANCE - 2
3:17-cv-5321 RBL
6104206.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

alexerectors@gmail.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Dated this 11th day of May, 2017 at Seattle, Washington.

                        LEE SMART, P.S., INC.

                        By: /s Marc Rosenberg
                              Marc Rosenberg, WSBA No. 31034
                              Of Attorneys for Defendant
                              Dynamic Collectors, Inc.

                              1800 One Convention Place
                              701 Pike St.
                              Seattle, WA 98101-3929
                              (206) 624-7990
                              mr@leesmart.com

NOTICE OF APPEARANCE - 3
3:17-cv-5321 RBL
6104206.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944