Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ALEJANDRO-RAY PEDROTTI CALDERON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DYNAMIC COLLECTORS, INC.,<br><br>　　　　Defendant. | No. 3:17-cv-5321 RBL<br><br>ORDER ON DEFENDANT'S<br>RULE 12(B)(6) MOTION TO DISMISS<br><br>[PROPOSED] |

THIS MATTER, having come before the Court on Defendant's Rule 12(b)(6) Motion to Dismiss, the Court having reviewed the records and files herein, and specifically:

1. Defendant's Rule 12(b)(6) Motion to Dismiss;

2. Plaintiff's Response to Defendant's Rule 12(b)(6) Motion to Dismiss, if any;

3. Defendant's Reply on Motion to Dismiss;

and the Court being fully advised in the premises, now, therefore, it is ORDERED that

1. Defendant's Rule 12(b)(6) Motion to Dismiss is hereby GRANTED.

2. All causes of action alleged by Plaintiff in his Complaint are hereby dismissed with prejudice, as amendment would be futile.

///

//

/

ORDER ON DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS - 1
3:17-cv-5321 RBL
Calderone - Order on Motion to Dismiss.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1  There being no just reason for delay, the Clerk is instructed to immediately enter this order and close the case.

ENTERED this ___ day of _____ , 2017.

_____
Hon. Ronald B. Leighton
U.S. District Court Judge

ORDER ON DEFENDANT'S RULE 12(B)(6) MOTION
TO DISMISS - 2
3:17-cv-5321 RBL
Calderone - Order on Motion to Dismiss.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944