UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

Hon. Ronald B. Leighton

| IN THE MATTER OF: | ) | CAUSE # 3:17-CV-05321-RBL |
|---|---|---|
| Alejandro-Ray Pedrotti Calderon | ) ) ) | **RESPONSE TO** |
| PLANTIFF | ) ) | **MOTION TO DISMISS** |
| Vs. | ) ) | **JURY DEMAND** |
| DYNAMIC COLLECTORS, INC. | ) ) | PRESENTED BY: ALEJANDRO-RAY |
| DEFENDANT. | ) | PEDROTTI CALDERON |

**PLAINTIFF'S RESPONSE TO DEFENDANT DYNAMIC COLLECTORS, INC.'S MOTION TO DISMISS**

Plaintiff, Alejandro-Ray Pedrotti Calderon, hereby responds to Defendant DYNAMIC COLLECTORS, INC.'S Motion to Dismiss Plaintiff's Complaint and states:

**A.** Plaintiff objects to the defense counsel's statement that these documents are not questioned by any party. The plaintiff does questions the authenticity of exhibit "D". The plaintiff cannot authenticate any information on it. The plaintiff can only attest to the fact that the alleged docket was sent by the defendant. And that this alleged docket does not list the plaintiff of that case. Exhibit "D" is not a court certified document. And exhibit "D" has been materially defaced.

**B.** The plaintiff objects to the defendant's presumption that the alleged debt is based on traffic infraction fines. Defendant assumes facts not in evidence. The defendant's own dunning letter admits "This is a communication from a debt collector. This is an attempt to collect a debt." (Exhibit A) The defendant by its own admittance attempts to collect a debt, not a mere obligation.

**C.** The plaintiff objects to the defendant's presumption that the alleged debt is based on traffic infraction fines. Defendant assumes facts not in evidence.

D. It is not necessary in this Response to outline exactly how defendant's actions violated the law.

The plaintiff believes his complaint is not subject to dismissal. However, if the court determines the complaint is deficient. Plaintiff requests that he be allowed to amend it. FDCPA, WCAA and WCPA empower the people to act as private attorney generals and give the people a private right of action to seek redress.

The plaintiff respectfully request that the court take notice of the well-pleaded allegations of the pro se complaint, which this court must accept as true at this juncture of the proceedings, and which, in light of the plaintiff's pro se status, the court must hold to a less stringent standard than formal pleadings drafted by an attorney and construed

liberally, see Haynes v. Kerner, 404 U.S. 519, 520, 92 S. Ct. 594, 596, 30 L.Ed.2d 652 (1972)

WHEREFORE, Plaintiff request that the court deny Defendant's Motion to Dismiss, or in the alternative, allow Plaintiff to amend his complaint.

Dated: May 31, 2017

Respectfully submitted,

/s Alejandro Calderon
Alejandro-Ray Pedrotti Calderon
1332 East 51st Street
Tacoma, WA 98404