1
2
3
4
                                      Hon. Ronald B. Leighton
5
6
7
                  UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ALEJANDRO-RAY PEDROTTI CALDERON,<br><br>          Plaintiff,<br><br>   vs.<br><br>DYNAMIC COLLECTORS, INC.,<br><br>          Defendant. | No. 3:17-cv-5321 RBL<br><br>DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>NOTED FOR HEARING:<br>JUNE 9, 2017 |

## I.  INTRODUCTION

Defendant Dynamic Collectors, Inc. ("Dynamic") objects to Plaintiff's motion for an enlargement of time to respond to Dynamic's motion to dismiss, (Dkt 8), and requests that the motion be denied.  Plaintiff has filed a response brief. (Dkt 9), and the frivolous claims against Dynamic should be dismissed without delay.

However, if the Court grants Plaintiff's motion, then Dynamic requests that:

(1) Plaintiff's supplemental response brief be due on or before Monday, July 3, 2017, rather than Wednesday, July 5, 2017, so that Dynamic will have sufficient time under LCR 7 to reply; and

(2) That this be the sole extension of time granted to Plaintiff for this purpose, and not a precursor to an open-ended avoidance of Dynamic's motion to dismiss.

L E E · S M A R T

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

## II.  FACTS

**A.     Plaintiff's debt is based on failure to pay traffic infraction fines.**

On July 23, 2016, Plaintiff was charged with speeding (RCW 46.61.400); operating a motor vehicle without proper insurance (RCW 46.30.020); and possession of marijuana in a motor vehicle (RCW 46.61.745).  (Dkt 1, Ex. D at 2) (p. 29 of 48).  After a contested hearing, the Jefferson County District Court entered a "Finding/Judgment of Committed" for all three charges and fined Plaintiff $842.00.    (*Id.*).  Plaintiff failed to pay his court fines, (*id.*), and the Jefferson County District Court assigned Plaintiff's case for collections.  (*Id.* at 1) (p. 28 of 48).

On May 1, 2017, Plaintiff, appearing pro se, filed his Complaint, naming Dynamic. (Dkt 1).  Plaintiff alleges violations of various consumer protection statutes, although his obligation does not arise from a consumer transaction.  Plaintiff had opportunity prior to filing his lawsuit to obtain an attorney, but did not do so, choosing instead to represent himself *pro se*.

On May 18, 2017, Dynamic filed a Rule 12(b)(6) Motion to Dismiss.  (Dkt 7).  In this motion, Dynamic presents the purely legal argument that Plaintiff's obligation, which arises as a result of traffic infraction fines, is not a "debt" as defined by 15 U.S.C. § 1692a(5); is not a "claim" as defined by RCW 19.16.100(2); and does not arise from trade or commerce, as contemplated by RCW 19.86.010(2).  Therefore, all of Plaintiff's claims fail as a matter of law.

On May 25, 2017, Plaintiff filed his motion for enlargement of time.  (Dkt 8).

On May 31, 2017, Plaintiff filed a response to Dynamic's Motion to Dismiss. (Dkt 9).

## III.  ARGUMENTS

"[P]ro se litigants in the ordinary civil case should not be treated more favorably than parties with attorneys of record." *Jacobsen v. Filler*, 790 F.2d 1362, 1364 (9th Cir. 1986). "A litigant who chooses himself as legal representative should be treated no differently. … [I]t is not for the trial court to inject itself into the adversary process on behalf of one class of litigant." *Id.* at 1364–65.  A pro se litigant, plaintiff can be be treated with leniency as to

**L E E · S M A R T**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

compliance with certain technical aspects of civil procedure. *Draper v. Coombs*, 792 F.2d 915, 924 (9th Cir. 1986).  But pro se litigants are nonetheless bound by the rules of procedure. *See Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995); *Worthy v. ITT Tech. Inst.*, No. C09-0444JLR, 2010 WL 1780250, at *3 (W.D. Wash. Apr. 30, 2010); *Sager v. Adamson*, No. C08-5463 FDB, 2008 WL 4181599, at *1 (W.D. Wash. Sept. 8, 2008) (denying pro se plaintiff's motion for an extension of time and granting defendants' motion for dismissal for failure to state a claim).

Dynamic objects to the motion for an extension of time, as it merely permits Plaintiff with an opportunity to continue to maintain frivolous claims that are rightfully dismissed as a matter of law.  No extension will change that, and Dynamic deserves to have such claims dismissed as early as possible.  Plaintiff had opportunity prior to filing his lawsuit to obtain an attorney, but did not do so, choosing instead to represent himself *pro se*.  Now, after the very first filing by Dynamic, Plaintiff already seeks to extend time, even though he has also already filed a response to the Rule 12(b)(6) motion.

However, it may be that the Court is amenable to giving Plaintiff more time to respond to Dynamic's motion to dismiss.  If the Court decides to grant Plaintiff's motion for an enlargement of time, Dynamic requests that this be the only extension of time, and that the response brief be set on a date in which Dynamic has the full amount of time generally provided under LCR 7 to file a reply brief.

## IV.  CONCLUSION

Dynamic objects to Plaintiff's motion for an enlargement of time, and requests that the motion be denied.  However, if the Court grants Plaintiff's motion, Dynamic requests that:

(1) Plaintiff's supplemental response brief be due on or before Monday, July 3, 2017, rather than Wednesday, July 5, 2017, so that Dynamic will have sufficient time under LCR 7 to reply; and

L E E · S M A R T

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1

2          (2) That this be the sole extension of time granted to Plaintiff for this purpose, and not a

3   precursor to an open-ended avoidance of Dynamic's motion to dismiss.

4          Respectfully submitted this 5th day of June, 2017.

5                                      LEE SMART, P.S., INC.

6                                      By:_/s Marc Rosenberg_____
                                           Marc Rosenberg, WSBA No. 31034
7                                          Of Attorneys for Defendant
                                           Dynamic Collectors, Inc.
8
                                           1800 One Convention Place
9                                          701 Pike St.
                                           Seattle, WA 98101-3929
10                                         (206) 624-7990
                                           mr@leesmart.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR EXTENSION OF TIME - 4
3:17-cv-5321 RBL
6113540.doc

LEE · SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

3

4

      Alejandro-Ray Pedrotti Calderon    alexerectors@gmail.com

5

      I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

6

7

      Dated this 5th day of June, 2017 at Seattle, Washington.

8

                 LEE SMART, P.S., INC.

9

                 By: /s Marc Rosenberg
                    Marc Rosenberg, WSBA No. 31034

10

                    Of Attorneys for Defendant
                    Dynamic Collectors, Inc.

11

                    1800 One Convention Place

12

                    701 Pike St.
                    Seattle, WA 98101-3929

13

                    (206) 624-7990
                    mr@leesmart.com

14

15

16

17

18

19

20

21

22

23

24

25

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944