Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ALEJANDRO-RAY PEDROTTI CALDERON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DYNAMIC COLLECTORS, INC.,<br><br>　　　　Defendant. | No. 3:17-cv-5321 RBL<br><br>ORDER ON PLAINTIFF'S MOTION TO ENLARGE TIME TO RESPOND TO MOTION TO DISMISS<br><br>[PROPOSED] |

THIS MATTER, having come before the Court on Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss, the Court having reviewed the records and files herein, and specifically:

    1.    Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss;

    2.    Defendant's response to Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss;

    3.    Plaintiff's Reply on Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss, if any;

and the Court being fully advised in the premises, now, therefore, it is ORDERED that

ORDER ON DEFENDANT'S RULE 12(B)(6) MOTION
TO DISMISS - 1
3:17-cv-5321 RBL
6117547.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1. Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss is hereby DENIED.

OR, IN THE ALTERNATIVE,

1. Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss is hereby GRANTED.

2. Plaintiff's response brief is due on or before Monday July 3, 2017.

3. This is the sole extension of time that will be granted to Plaintiff to respond to Defendant's Rule 12(b)(6) Motion to Dismiss.

ENTERED this ___ day of _____ , 2017.

_____
Hon. Ronald B. Leighton
U.S. District Court Judge

ORDER ON DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS - 2
3:17-cv-5321 RBL
6117547.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944