HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEJANDRO-RAY PEDROTTI CALDERON,<br><br>        Plaintiff,<br><br>   v.<br><br>DYNAMIC COLLECTORS, INC.,<br><br>        Defendant. | CASE NO. C17-5321RBL<br><br>ORDER<br><br>[Dkt. #8] |

THIS MATTER is before the Court on Plaintiff's Motion for Extension of Time to file an Answer (response) [Dkt. # 8] to Defendants' Motion to Dismiss. The Plaintiff filed the Response before their motion for additional time was noted, or ruled upon. The Motion is **DENIED** as Moot.

IT IS SO ORDERED.

Dated this 15th day of June, 2017.

*Ronald B. Leighton (signature)*

Ronald B. Leighton
United States District Judge

ORDER - 1