# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEJANDRO-RAY PEDROTTI CALDERON,<br><br>      Plaintiff,<br><br>  v.<br><br>DYNAMIC COLLECTORS, INC.,<br><br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C17-5321RBL |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

 THE COURT HAS ORDERED THAT

 All of Plaintiff Calderon's claims are DISMISSED with prejudice, and without leave to amend. The case is closed.

DATED  June 29, 2017

                  William M. McCool
                  Clerk

                  s/Jean Boring
                  Deputy Clerk